**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HELEN JANE LAIDLAW,**

      Plaintiff,                             CASE NO: 8:13-cv-01386-VMC-EAJ

v.

**TD BANK, National Association**

      **Defendant.**
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rules of Civil Procedure 7.1, Defendant TD BANK, National Association, hereby states as follows:

      1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this actions - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**Plaintiff:**

Helen Jane Laidlaw

**Defendants:**

TD BANK, National Association

**Law Firms:**

Ogletree Deakins Nash Smoak & Stewart, P.C.  (Attorneys for Defendant)

Law Offices of Matthew W. Dietz, P.L (Attorneys for Plaintiff)

**Attorneys:**

Grant D. Petersen and Gretchen M. Lehman (Attorneys for Defendant)

Matthew Dietz (Attorney for Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

TD Bank, National Association, a national banking association formed under the laws of the United States of America, is a wholly-owned subsidiary of TD Bank US Holding Company.

TD Bank US Holding Company, a Delaware financial holding company, is a wholly-owned subsidiary of TD US P & C Holdings, ULC, an Alberta, Canadian unlimited liability company.

TD US P& C Holdings, ULC is a wholly-owned subsidiary of The Toronto Dominion Bank, a Canadian-charted bank.

There are no owners that hold ten (10%) percent or greater of The Toronto Dominion Bank.

TDB trades under the symbol "TD" on the Toronto and New York Stock Exchanges.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Helen Jane Laidlaw alleges to have sustained damages.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**DATED** as of this 20th day of June, 2013.

    Respectfully submitted,

    */s/ Grant D. Peterson*
    Grant D. Petersen, Esquire
    Fla. Bar No. 378682
    Gretchen M. Lehman
    Fla. Bar No. 46365
    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
    100 N. Tampa Street, Suite 3600
    Tampa, Florida 33602

grant.petersen@ogletreedeakins.com
gretchen.lehman@ogletreedeakins.com
Telephone: 813.289.1247
Fax: 813.289.6530
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of June, 2013, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notice of electronic filing to attorneys for Plaintiff, Matthew Dietz, Esq., Law Offices of Matthew W. Dietz, P.L., 2990 Southwest 35th Avenue, Miami, FL 33133.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Grant D. Peterson*
Attorney

15303522.1